IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Deluxe Small Business Sales, Inc., | Case No.:  11-CV-1449  (JNE/SER) |
| Plaintiff, | 11-CV-1519  (JNE/SER) |
| v. | **ORDER** |
| Bernard Findley, | |
| Defendant. | |
| _____ | |
| Russell Miller Acquisition, Inc., | |
| Plaintiff, | |
| v. | |
| Deluxe Small Business Sales, Inc., | |
| Defendant. | |

Jonathan M. Bye, Lindquist & Vennum, PLLP, 80 South 8th Street, Suite 4200, Minneapolis, Minnesota 55402, on behalf of Deluxe Small Business Sales, Inc.

Bernard Findley, *pro se*, 9 Lovell's Lane, Newton, Connecticut 06470.

Russell Miller Acquisition, Inc., *pro se*, 10425 Slusher Driver, Santa Fe Springs, California 90670.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED that**:

1. Default judgment is entered in the 11-cv-1519 case as follows:

    a. RMA's claims are dismissed with prejudice;

    b. Counts I, IV, and V of Deluxe's counterclaims against RMA are dismissed without prejudice;

    c. Default judgment is entered against RMA and in favor of Deluxe on Counts II and III of Deluxe's counterclaims in an amount of judgment that shall be determined by the District Court upon further submissions;

2. Default judgment is entered in the 11-cv-1449 case on all counts against Mr. Findley in an amount of judgment that shall be determined by the District Court upon further submissions.

Dated:  7-10-2012

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge